**CRIMINAL DOCKET — U.S. District Court**

| PO ☐ | 0539 | 03 | Assigned 3920 | | BLUBAUGH, Michael A. | Mo 10 | Day 16 | Yr 92 | Docket No. 00427 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|

☐ WRIT   ☐ JUVENILE   ☐ ALIAS
Misd. ☐   Felony ☒   District | Off | Judge/Magistr.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy pertaining to bank fraud. Ct. 1 (10-16-92) | 1 |
| 18:1344 & 2 | Bank fraud. Ct. 2 (12/85 thru 1/86) | 1 |
| 26:7206(1) | False Income Tax REturn (10/15/87) | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO — KEY DATE 10-16-92 APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☒ Information ☒ Felony-W/waiver

END INTERVAL TWO — KEY DATE 10-30-92 APPLICABLE: ☒ Pled guilty (After N.G.) ☐ Nolo ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 10-30-92 | SENTENCE DATE 12-9-94 | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| Search Warrant | Issued/Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|---|

PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶  Date Held ▶
☐ WAIVED  ☐ NOT WAIVED  ☐ INTERVENING INDICTMENT  Tape Number

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Scott J. Thorley, AUSA.

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Mr. Thomas S. Brandon, Jr.
GANDY, MITCHENER SWINDLE AND WHITAKER
3500 City Center Tower II
301 Commerce Street
Fort Worth, Texas  76102-4135

**BAIL ● RELEASE** — PRE INDICTMENT / POST-INDICTMENT

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO | | V. PROCEEDINGS | | VI. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|
| | | | | Start Date<br>End Date | Ltr<br>Code | Total<br>Days |
| 1992 | (OPTIONAL) Show last names of defendants | | | | | |
| Oct 16 | | **INFORMATION.** | gs | | | |
| | | WAIVER OF INDICTMENT. | gs | | | |
| | | CONSENT TO FILE. | gs | | | |
| | | WAIVER OF SPEEDY TRIAL | gs | | | |
| | | FACTUAL RESUME. | gs | | | |
| | | PLEA AGREEMENT. | gs | | | |
| Oct 30 | | Filed ORDER FOR COURT APPOINTED ATTORNEY to Thomas S. Brandon.  Atty. notified by letter and telephone of appt.                                    WFS/bw<br>cys: judge, ausa, pt, esther | | | | |
| | | Filed AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS...deft. pay $1,500.00 into the registry of the District Clerk as partial payment of appointed attorney's fee within 20 days of the date of this order.                                            WFS/bw<br>cys: financial, pt, ausa, deft. | | | | |
| Oct 30 | | M.O...ARRAIGNMENT.  Deft pled guilty to CTS. 1,2 & 3. PA & FR filed.  Sentencing set for 1/8/93.          mjl<br>Cont'd on bond.  Attys present: G: S. Thorley,<br>D: T. Brandon | | | | |
| Dec 17 | | MOTION FOR POSTPONEMENT OF SETNENCING DATE. (Govt.)     gs | | | | |
| Dec 21 | | **ORDER**... that the Govt., unopposed 12/17/92 motion for postponement of sentencing is GRANTED.<br>     Dist/dkt 12/21/92.                  `          SAF/gs | | | | |
| JUL 2 | | **ORDER**...requiring AUSA to file a status report concerning the appropriateness of setting a sentiencing date in this case... report due on or before 08/15/93            SAF/lat<br>dist 07/02/93    dkt'd 07/09/93 | | | | |
| 1994 | | | | | | |
| Jan 12 | | **ORDER**...Within 15 days of this order the govt shall pro-vide the court a status letter advising whether the deft can be scheduled promptly for sentencing and if not an estimatedtime-frame for setting a sentencing date.<br>     Dist 1/13/94          Dkt'd 2/16/94          SAF/cm | | | | |
| 9/29/94 | | **ORDER**...Sentencing of this defendant is set for Friday, October 21, 1994, 9:00  dkt'd 10/3/94, mld 10/3/94  SAF/cjb | | | | |
| 10/12/94 | | DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE.  Dkt'd 10/19/94                                              cjb | | | | |
| 10/14/94 | | THE UNITED STATES' SENTENCING MEMORANDUM  dkt'd 10/19/94<br>                                                cjb | | | | |
| 10/17/94 | | **ORDER...Defendant's 10/12/94 mtn to continue sentencing** date is granted.  Sentencing reset to 12/9/94, 9:00.<br>dkt'd 10/19/94.  mld  10/19/94          SAF/cjb | | | | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   **MICHAEL A BLUBAUGH**

Page 3

| | | |
|---|---|---|
| 92 | cr   427-D | 1 |
| Yr. | Docket No. | Def. |

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 11/22/94 | FDIC'S AFFIDAVIT OF LOSS  dkt'd 11/30/94          cjb | | | | |
| DEC 2 | DEFENDANT'S SENTENCING REPORT & RESPONSE TO SENTENCING REPORT OF THE USA              svc | | | | |
| | EXHBITS & LETTERS ATTACHED TO RESPONSE & SENTENCING REPORT OF DEFT.              svc | | | | |
| DEC 7 | DFT'S MOTION TO DISREGARD OR STRIKE          svc | | | | |
| | USs' RESPONSE TO DFT'S MOTION TO DISREGARD OR STRIKE THE F.D.I.C's LOSS AFFIDAVIT          svc | | | | |
| 12/12/94 | **JUDGMENT RE MICHAEL A BLUBAUGH...Dft pleaded guilty to counts 1,2 and 3 of a 3-count**information...Count 1 - committed to custody of Atty Gen for term of one year; assessment of $50.00; dft make restitution in amt of $11,326,032.46 payable to US Atty's Office...COUNT 2 term of one year; special assesment $50; restitution in amt of $15,221.403.00...COUNT 3 - imposition of sentence is suspended and defendant placed on probation for term of 3 years on standard terms and conditions of probation.  IT IS ORDERED that sentences on Counts 1, 2, and 3 shall run consecutive to one another.  Dft report to designated institution on 1/10/95, no later than 2:00  dkt'd 12/20/94 SAF/cjb | | | | |
| 12/9/94 | **MO**...re sentencing.  Sentencing held, plea agreement accepted; deft committee to custody of BOP to be imprisoned for a otal term of 1 year.  Restitution order, See J&C.  $150.00 special assessment on Counts 1,2, &3.  Deft ordered to surrender to institution on 1/10/95, NLT 2:00.  Bond continued.  ckt'd 12/20/94 cjb | | | | |
| 2/24/95 | **DEFENDANT'S MOTION FOR** Reduction of Sentence and/or clirification of judgment   dkt'd 2/24/95          cjb | | | | |
| 2/28/95 | **ORDER**...def's 2/24/95 mtn for reduction of sentence is DENIED.  His mtn for clarification is DENIED.  The court is not required to state whether a sentence is imposed purs to former 18 USC Sec 4205(a) or (b)(1).  Unless the court expressly designates the sentence as one imposed, eligibility for release on parole is governed by Sec 4205(a)  dkt'd 2/28/95  mld 2/28/95          SAF/cjb | | | | |

# SEE NEXT PAGE

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1996 | | | | | |
| 7/22 | **ORDER FOR PETITION UNDER SUPERVISION MODFYING CONDITIONS OF RELEASE—** The court orders that any part of the $26,547,435.46 restitution ordered by the judgment remains unpaid after 7/23/96 the dft shall make payments at the rate of no less than $500 per mth to the U S Atty office, Ft Worth Finan Litig. Unit for disbursement to FDIC as receiver for San Angelo Assoc and Western Assoc. of Texas.  dist 7/23  SF/lh | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days